## Corbitt & Macleay, et al *v.* Bauer and Roemer.

Appeal from Wasco County.

Motion by appellants to substitute sworn copy for an original exhibit that had been lost or destroyed before the transcript for appeal was sent up. Cross-motion by respondents to dismiss appeal for such defect in transcript; *Held*,

Per Curiam:

That the substitution could not be allowed. It would be equivalent to supplying a judicial record of the circuit court that had been lost or destroyed, which that court only had the power to do, in the first instance. And it would be taking cognizance of such record, after thus supplying it,

by copy authenticated by affidavit, instead of official certificate of the clerk as by the law required. Motion to substitute denied and cross-motion to dismiss appeal allowed.